**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                              No. 4:09CR00297-01 JLH

SEDERICK LAJUANE WEBB                                                                      DEFENDANT

## ORDER

The government has filed a motion to dismiss indictment as to Sederick Lajuane Webb. Without objection, the motion is GRANTED. Document #19. The indictment is hereby dismissed without prejudice as to Sederick Lajuane Webb.

All pending motions are denied as moot. Documents #14 and #17. The arrest warrant issued on June 16, 2010, is hereby recalled.

IT IS SO ORDERED this 7th day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE